[Reset Form]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case Number: CR19-00393-JAK
Defendant Number: 3
U.S.A. v. ANTHONY LOUIS LAM
Year of Birth: 1985
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: Unknown to July 2, 2019

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [✓] Los Angeles      [✓] Ventura
  [✓] Orange           [ ] Santa Barbara
  [ ] Riverside        [ ] San Luis Obispo
  [ ] San Bernardino   [ ] Other _____

Citation of Offense: 21 U.S.C. 846, 963

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No   [ ] Yes
  If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): n/a

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: n/a
Case Number: n/a
Assigned Judge: n/a
Charging: n/a
The complaint/CVB citation:
  [ ] is still pending
  [ ] was dismissed on: n/a

**PREVIOUS COUNSEL**

Was defendant previously represented?  [✓] No   [ ] Yes
IF YES, provide Name: n/a
Phone Number: n/a

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
  [✓] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

IS THIS A NEW DEFENDANT?  [ ] Yes  [✓] No
This is the  n/a  superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: n/a
Case Number n/a
The superseded case:
  [ ] is still pending before Judge/Magistrate Judge
  n/a
  [ ] was previously dismissed on  n/a

Are there 8 or more defendants in the superseding case?
  [ ] Yes*   [ ] No
Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect:

n/a

**OTHER**

☑ Male ☐ Female

☐ U.S. Citizen ☑ Alien

Alias Name(s): Jonny, Mike

This defendant is charged in:
☐ All counts
☑ Only counts: 1, 2

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud
☐ government fraud
☐ environmental issues
☑ narcotics offenses
☐ violent crimes/firearms
☐ Other
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: n/a

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: n/a
c. If Federal, U.S. Marshals Service Registration Number: n/a
d. ☐ Solely on this charge. Date and time of arrest: n/a
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
Name of Court: n/a
Date transferred to federal custody: n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ___20 ___21 ___40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: n/a

Date: 07/02/2019

*Signature of Assistant U.S. Attorney*
Victoria A. Degtyareva
Print Name