CLOSED

RULE 5          **U.S. District Court**          LA19CR00393-JAK-3
**United States District Court for the Western District of Washington (Seattle)**
**CRIMINAL DOCKET FOR CASE #: 2:19-mj-00434-PLM-1**

Case title: USA v. Lam      Date Filed: 09/18/2019
Other court case number: 2:19-CR-00393-JAK Central District of California - Los Angeles      Date Terminated: 09/18/2019

Assigned to: Hon. Paula L McCandlis

FILED
CLERK, U.S. DISTRICT COURT
09/20/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

**Defendant (1)**

**Anthony Louis Lam**      represented by      **Christopher R Black**
*TERMINATED: 09/18/2019*      BLACK LAW, PLLC
*also known as*      705 SECOND AVENUE
Jonny      STE 1111
*TERMINATED: 09/18/2019*      SEATTLE, WA 98104
*also known as*      206-623-1604
Mike      Fax: 206-658-2401
*TERMINATED: 09/18/2019*      Email: chris@blacklawseattle.com
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*
     Designation: CJA Appointment

**Pending Counts**      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**      **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**      **Disposition**
Conspiracy to Distribute, and to Possess with Intent to Distribute, Controlled Substances 21:846, Conspiracy to Export Controlled Substances 21:963

**Plaintiff**

**USA**      represented by      **Carl A Colasurdo**
     US ATTORNEY'S OFFICE (SEA)
     700 STEWART ST
     STE 5220
     SEATTLE, WA 98101-1271
     206-553-4075
     Email: andy.colasurdo@usdoj.gov
     *LEAD ATTORNEY*
     *ATTORNEY TO BE NOTICED*
     Designation: Assistant US Attorney

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 09/18/2019 | 1 | CHARGING DOCUMENT RECEIVED FROM the Central District of California as to Anthony Louis Lam (Attachments: # 1 Warrant)(EN) (Entered: 09/18/2019) |
| 09/18/2019 | | Arrest of Anthony Louis Lam on 9/18/2019. (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 3 | CJA 20 Appointment as to Anthony Louis Lam *(No.pdf image attached)*: Appointment of Attorney Christopher R Black for Anthony Louis Lam Approved by Hon. Mary Alice Theiler. (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 4 | Minute Entry for proceedings held before Hon. Mary Alice Theiler- CRD: *E. Nero*; AUSA: *Andy Colasurdo*; Def Cnsl: *Tim Askerov for Christopher Black*; PTS: *Lorraine Bolle*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00pm*; Courtroom: *12B*; **INITIAL APPEARANCE AND DETENTION HEARING IN RULE 5(c)(3) PROCEEDINGS** as to Anthony Louis Lam held on 9/18/2019. Defendant present in custody. Defendant advised of rights. Financial affidavit reviewed, Counsel appointed. Defendant advised of charges and penalties from the Central District of California. Defendant waives identity hearing and stipulates to detention. Court signs Order of Transfer. Defendant ORDERED detained and remanded to custody pending transfer. (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 5 | MOTION for Detention by USA as to Anthony Louis Lam (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 6 | DETENTION ORDER as to Anthony Louis Lam re document 5 MOTION for Detention by Hon. Mary Alice Theiler. (cc: PTS, USMO) (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 7 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Central District of California as to Anthony Louis Lam by Hon. Mary Alice Theiler. (cc: PTS, USMO) (EN) (Entered: 09/18/2019) |
| 09/18/2019 | 8 | LETTER from WAWD Clerk sent via email to the Central District of California regarding Rule 5 Transfer as to defendant Anthony Louis Lam (EN) (Entered: 09/18/2019) |

Magistrate Judge Paula L. McCandlis

FILED LODGED ENTERED RECEIVED
SEP 18 2019
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ19-434 |
| Plaintiff, | MOTION FOR DETENTION |
| v. | |
| ANTHONY LOUIS LAM, | |
| Defendant. | |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. 3142(e) and (f)

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves (check all that apply):

☐ Crime of violence (18 U.S.C. 3156).

☐ Crime of Terrorism (18 U.S.C. 2332b (g)(5)(B)) with a maximum sentence of ten years or more.

☒ Crime with a maximum sentence of life imprisonment or death.

☒ Drug offense with a maximum sentence of ten years or more.

MOTION FOR DETENTION - 1
U.S. v. LAM/MJ19-434

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

☐ Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

☐ Felony offense involving a minor victim other than a crime of violence.

☐ Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. 921), or any other dangerous weapon.

☐ Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. 2250).

☒ Serious risk the defendant will flee.

☐ Serious risk of obstruction of justice, including intimidation of a prospective witness or juror.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

☒ Defendant's appearance as required.

☒ Safety of any other person and the community.

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under 3142(e). The presumption applies because:

☐ Probable cause to believe defendant committed offense within five years of release following conviction for a qualifying offense committed while on pretrial release.

☒ Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more.

☐ Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C. 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism).

MOTION FOR DETENTION - 2
U.S. v. LAM/MJ19-434

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  ☐ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing:

  ☐ At the initial appearance

  ☒ After a continuance of __3__ days (not more than 3)

DATED this 17th day of September, 2019.

        Respectfully submitted,

        BRIAN T. MORAN
        United States Attorney

        _____
        C. ANDREW COLASURDO
        Assistant United States Attorney

MOTION FOR DETENTION - 3
U.S. v. LAM/MJ19-434

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 19-434 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ANTHONY LOUIS LAM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offense charged: Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances; Conspiracy to Export Controlled Substances

Date of Detention Hearing: September 18, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been indicted in the Central District of California for the above-

DETENTION ORDER
PAGE -1

listed charges (CR19-393). Defendant has waived an identity hearing and an Order of Transfer has been signed. Defendant was not interviewed by Pretrial Services, so his background information, including citizenship, is unknown. Defendant does not contest entry of an order of detention in this District, but requests the opportunity to raise the issue when he appears in the charging district.

2. Defendant poses a risk of nonappearance based on lack of background information. Defendant poses a risk of danger based on the nature and circumstances of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 18th day of September, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3

UNITED STATE DISTRICT COURT
For the WESTERN DISTRICT OF WASHINGTON
at Seattle

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: MJ19-434 |
| vs. | WAIVER OF RULE 5(c)(3)(D) HEARING and ORDER OF TRANSFER |
| ANTHONY LOUIS LAM, | |
| Defendant | |

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, Anthony Louis Lam, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

  a) I acknowledge that I am the person named in an indictment, information, or Warrant pending in the U.S. District Court for the Central District of California – Los Angeles;

  b) I waive my right to production of the warrant or of any other original paper Related to these charges or certified copies thereof;

  c) If I am entitled to a preliminary examination. I elect to have it conducted in the district where the prosecution is pending: and

1

d) I consent to the issuance of an order directing me to appear and answer in said district where the charges are pending

Dated this 18th day of September, 2019.

_____  _____
Defense Counsel                                         Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U.S. District Court for the <u>Central</u> District of <u>California – Los Angeles</u>. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U.S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

Dated this 18 day of September, 2019.

_____
United States Magistrate Judge

2



# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### OFFICE OF THE CLERK
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
Clerk of Court

**LORI LANDIS**
**Chief Deputy Clerk**

September 18, 2019

**CLERK, US DISTRICT COURT**
U.S. Courthouse
350 West 1st Street STE 4311, 4th Floor
Los Angeles, CA 90012-4565

Re:  Anthony Louis Lam

Your No:  2:19-CR-00393-JAK
Our No:  MJ19-434

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D), dated 09/18/2019, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

By Emily Nero,
Deputy Clerk