FILED
2019 OCT 21 AM 9:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 19-CR-393-JAK |
| V. | | |
| LAM, ANTHONY LEWIS | | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 49681-086 | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/18/2019 @ 1700M HRS   ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

21 USC 846 CONS TO DIST AND PWITD // 21 USC 963 CONS TO EXPORT CONTROLLED SUBSTANCES

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1985

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Officer Villegas

10. Remarks (if any): N/A

11. Name: KELLY M GUTIERREZ   (please print)

12. Office Phone Number: 213-620-8325

13. Agency: USMS

14. Signature: /s/

15. Date: 10/21/19

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION