E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
BRITTNEY M. HARRIS (Cal. Bar No. 294650)
Assistant United States Attorney
Deputy Chief, International Narcotics,
Money Laundering, and Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0488
    Facsimile: (213) 894-0141
    E-mail:    Brittney.Harris@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 19-00393-JAK-1 |
|---|---|
| Plaintiff, | STIPULATION REGARDING DISMISSING COUNTS |
| v. | |
| VINCENT YEN TEK CHIU, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Brittney M. Harris, and defendant Vincent Yen Tek Chiu ("defendant"), both individually and by and through his counsel of record, Lou Shapiro, Esq., hereby stipulate as follows:

    1.   On July 2, 2019, an indictment was filed against defendant and others. (Dkt. 1.)

    2.   On October 8, 2019, a first superseding indictment was filed against defendant and others. (Dkt. 95.)

3. On March 11, 2019, the Court granted the government's motion to dismiss counts three and four in the first superseding indictment as against defendant. Jury trial commenced the same day. (Dkt. 359.)

4. On March 24, 2019, the jury returned guilty verdicts against defendant on counts one, two, five, six, and seven of the first superseding indictment. (Dkt. 393.)

5. Defendant was sentenced on October 20, 2022, on counts one, two, five, six, and seven of the first superseding indictment. (Dkt. 431.)

6. By this stipulation, the parties agree to dismiss the underlying indictment filed at Docket No. 1 as against defendant.

IT IS SO STIPULATED.

Dated: November 1, 2022          Respectfully submitted,

                                        /s/ Brittney M. Harris
                                        BRITTNEY M. HARRIS
                                        Assistant United States Attorney

Dated: November 1, 2022

                                        /s/ e-mail authorization[1]
                                        LOU SHAPIRO, ESQ.
                                        Attorney for Defendant
                                        VINCENT YEN TEK CHIU

---

[1] Authorization given by e-mail to AUSA Harris on November 1, 2022. I hereby attest that the signatory listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.